Michael Rocks-Macqueen
2655 Ulmerton Rd
#286
Clearwater, FL 33762
echoisforgood@gmail.com
(727) 534-1179

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

MICHAEL ROCKS-MACQUEEN,
Plaintiff,

SEP 25 2025 PM12:58
FILED - USDC - FLMD - TPA

v.

Case No. 8:25- <V- 2593-KKM-WHA

DEMOCRATIC NATIONAL COMMITTEE (DNC), *ET Al.*

## MOTION FOR LEAVE TO FILE ELECTRONICALLY
## &
## Submit Supplementary to Addendum M for Addendum W via USB Drive

COMES NOW the Plaintiff, Michael Rocks-Macqueen, proceeding *pro se*, and respectfully moves this Court for an order:

1.  Granting **permission to file documents electronically** using the CM/ECF (Case Management/Electronic Case Filing) system pursuant to Local Rules.

2.  Allowing service of all filings and orders electronically via ECF, and

3.  Allowing submission of a sealed USB flash drive formally attached to Addendum M (submitted) containing Addendum W (738 pages total), which

cannot feasibly be submitted through the standard online or physical document channels due to volume, relevance, and formatting requirements.

## LEGAL BASIS & JUSTIFICATION

Plaintiff asserts that equal access to the Court's electronic filing system is **necessary to preserve procedural fairness**, especially given the complexity and volume of this action. Under *Foman v. Davis*, 371 U.S. 178 (1962), courts are directed to freely allow procedural accommodations "when justice so requires." As a pro se litigant, Plaintiff respectfully invokes this standard to ensure the ability to participate fully in this case.

Plaintiff further requests leave to carry a mobile device into the courthouse should any in-person appearance be required, strictly for the purpose of accessing exhibits, filings, and communications stored electronically due to the scope of this matter.

## RELIEF REQUESTED/CONCLUSION

Due to the size and sensitive formatting of Addendum W (738 pages), the sealed USB ensures integrity, minimizes printing costs, and meets data submission standards without alteration.Given the scope, national interest, and legal complexity of this case, Plaintiff respectfully asks the Court to:

2

- Grant **electronic filing and service access**,

- Permit submission of sealed **USB-based addenda**, and

- Allow a mobile device for in-court reference if required.

## CERTIFICATE OF SERVICE

I, Michael Rocks-Macqueen, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief. I have served a true and correct copy of the following documents:

- MOTION FOR LEAVE TO FILE ELECTRONICALLY & Submit Supplementary to Addendum M for Addendum W via USB Drive

The following parties were served via Fedex, accompanying the main filing at their known addresses of work as permitted under Rule 4, per FEDEX'S Corporate policy of signature required.

Parties served:

All Parties: Democratic National Committee (DNC) et al.

Executed on this 25th day of September, 2025, in Clearwater, Floria.

Michael Rocks-Macqueen
Plaintiff, pro se

3